**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GMO TRUST, GMO ALPHA ONLY FUND, GMO BENCHMARK FREE FUND, GMO IMPLEMENTATION FUND, GMO DEVELOPED WORLD STOCK FUND, GMO INTERNATIONAL LARGE/MID CAP EQUITY FUND, GMO INTERNATIONAL EQUITY FUND, GMO TAX-MANAGED INTERNATIONAL EQUITIES FUND, GMO FUNDS PLC, GMO GLOBAL EQUITY ALLOCATION INVESTMENT FUND, GMO WORLD EQUITY ALLOCATION INVESTMENT FUND PLC, GMO GLOBAL REAL RETURN (UCITS) FUND, GMO OFFSHORE MASTER PORTFOLIOS II LTD., GMO EVENT-DRIVEN MASTER PORTFOLIO, GMO GLOBAL EQUITY TRUST, GMO MASTER PORTFOLIOS (ONSHORE), L.P., GMO MEAN REVERSION FUND (ONSHORE), GMO TAX-MANAGED GLOBAL BALANCED PORTFOLIO, and GMO MEAN REVERSION SPECIAL SOLUTION FUND, L.P., <br><br>    Plaintiffs,<br><br>    v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, and HOWARD B. SCHILLER,<br><br>    Defendants. | Civil Case No. _____<br><br><br><br>**PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

   In accordance with Federal Rule of Civil Procedure 7.1, Plaintiffs GMO Trust, GMO Alpha Only Fund, GMO Benchmark Free Fund, GMO Implementation Fund, GMO Developed World Stock Fund, GMO International Large/Mid Cap Equity Fund, GMO International Equity Fund, GMO Tax-Managed International Equities Fund, GMO Funds PLC, GMO Global Equity Allocation Investment Fund, GMO World Equity Allocation Investment Fund PLC, GMO Global Real Return (UCITS) Fund, GMO Offshore Master Portfolios II Ltd., GMO Event-Driven Master Portfolio, GMO Global Equity Trust, GMO Master Portfolios (Onshore), L.P.,

GMO Mean Reversion Fund (Onshore), GMO Tax-Managed Global Balanced Portfolio, and GMO Mean Reversion Special Solution Fund, L.P. state that none of them has any parent corporation, and no publicly held corporation owns 10% or more of the shares of any plaintiff.

Dated: January 3, 2018　　　　　　　　**LOWENSTEIN SANDLER LLP**

　　　　　　　　　　　　　　　　　　　By:　　s/ Lawrence M. Rolnick
　　　　　　　　　　　　　　　　　　　　　　Lawrence M. Rolnick
　　　　　　　　　　　　　　　　　　　　　　Marc B. Kramer
　　　　　　　　　　　　　　　　　　　　　　Thomas E. Redburn, Jr.
　　　　　　　　　　　　　　　　　　　　　　Sheila A. Sadighi
　　　　　　　　　　　　　　　　　　　　　　Michael J. Hampson
　　　　　　　　　　　　　　　　　　　　　　One Lowenstein Drive
　　　　　　　　　　　　　　　　　　　　　　Roseland, NJ  07068
　　　　　　　　　　　　　　　　　　　　　　Tel. 973.597.2500
　　　　　　　　　　　　　　　　　　　　　　lrolnick@lowenstein.com
　　　　　　　　　　　　　　　　　　　　　　mkramer@lowenstein.com
　　　　　　　　　　　　　　　　　　　　　　tredburn@lowenstein.com
　　　　　　　　　　　　　　　　　　　　　　ssadighi@lowenstein.com
　　　　　　　　　　　　　　　　　　　　　　mhampson@lowenstein.com