UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GMO TRUST, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>      Defendants. | Civil Action No.18-00089(MAS)(LHG)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |

**PLEASE TAKE NOTICE** that Justin C. Ferrone hereby withdraws as counsel for Defendant J. Michael Pearson in this matter. The remaining Debevoise & Plimpton LLP attorneys of record will continue to serve as counsel for Mr. Pearson. Accordingly, please remove Mr. Ferrone from the list of NEF recipients in this matter.

Dated: January 5, 2024

                          **DEBEVOISE & PLIMPTON LLP**
                          *Attorneys for J. Michael Pearson*

                          By: /s/ *Justin C. Ferrone*
                               Justin C. Ferrone
                               66 Hudson Boulevard
                               New York, New York 10001
                               Telephone: (212) 909-6000
                               jcferrone@debevoise.com

## CERTIFICATION OF SERVICE

I hereby certify that on January 5, 2024, I caused (i) the Notice of Withdrawal of Counsel and Request to be Removed from ECF Service List, and (ii) this Certification of Service to be served via the Court's ECF system on all counsel of record in the above-captioned action.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: January 5, 2024                                   /s/ *Justin C. Ferrone*
                                                        Justin C. Ferrone