UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re VALEANT PHARMACEUTICALS INTERNATIONAL, INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>**3:18-cv-00089-MAS-RLS** (GMO Trust) | Master No. 3:15-cv-7658(MAS)(RLS)<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL AND REQUEST TO BE REMOVED FROM ECF SERVICE LIST** |

**PLEASE TAKE NOTICE** that Meredith E. Stewart, Esq., of Debevoise & Plimpton LLP, hereby withdraws as counsel admitted *pro hac vice* for Defendant J. Michael Pearson in this matter. The remaining Debevoise & Plimpton LLP attorneys of record, and those admitted *pro hac vice*, will continue to serve as counsel for Mr. Pearson. Accordingly, please remove Ms. Stewart from ECF notifications in this matter.

Dated: March 14, 2024

**DEBEVOISE & PLIMPTON LLP**
*Attorneys for Defendant J. Michael Pearson*

By: /s/ *Alessandra G. Masciandaro*
    Alessandra G. Masciandaro
    amasciandaro@debevoise.com
    66 Hudson Boulevard
    New York, NY 10001
    (212) 909-6000

## CERTIFICATE OF SERVICE

I, Alessandra G. Masciandaro, hereby certify that on March 14, 2024, a copy of the foregoing Notice was electronically filed and served by ECF upon all counsel of record in this matter.

By: /s/ *Alessandra G. Masciandaro*
Alessandra G. Masciandaro
amasciandaro@debevoise.com
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000