**ROLNICK KRAMER SADIGHI LLP**
1251 Avenue of the Americas
New York, New York 10020
Tel.: 212.597.2800

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GMO TRUST, GMO ALPHA ONLY FUND, GMO BENCHMARK FREE FUND, GMO IMPLEMENTATION FUND, GMO DEVELOPED WORLD STOCK FUND, GMO INTERNATIONAL LARGE/MID CAP EQUITY FUND, GMO INTERNATIONAL EQUITY FUND, GMO TAX-MANAGED INTERNATIONAL EQUITIES FUND, GMO FUNDS PLC, GMO GLOBAL EQUITY ALLOCATION INVESTMENT FUND, GMO WORLD EQUITY ALLOCATION INVESTMENT FUND PLC, GMO GLOBAL REAL RETURN (UCITS) FUND, GMO OFFSHORE MASTER PORTFOLIOS II LTD., GMO EVENT-DRIVEN MASTER PORTFOLIO, GMO GLOBAL EQUITY TRUST, GMO MASTER PORTFOLIOS (ONSHORE), L.P., GMO MEAN REVERSION FUND (ONSHORE), GMO TAX-MANAGED GLOBAL BALANCED PORTFOLIO, and GMO MEAN REVERSION SPECIAL SOLUTION FUND, L.P., <br><br>　　　　　Plaintiffs, <br><br>　　　　　v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON and HOWARD B. SCHILLER, <br><br>　　　　　Defendants. | Civil Action No. 3:18-cv-00089-MAS-RLS <br><br><br><br> **ORDER GRANTING** <br> **MOTION TO WITHDRAW** |

Upon consideration of the Motion to Withdraw, there Court hereby ORDERS that Brandon Fierro is hereby withdrawn as counsel of record for the Plaintiffs.

IT IS SO ORDERED.

Dated: June 7, 2024

_____
HONORABLE RUKHSANAH L. SINGH
UNITED STATES MAGISTRATE JUDGE

The Clerk of Court is directed to TERMINATE the Motion pending at docket entry No. 85.